1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,
     *ex rel*. BEVERLY ENGLUND,
11
             PlaintiffS,
12
         v.                              NO. CIV. S-04-0282 LKK JFM
13
     LOS ANGELES COUNTY, et al.,
14
             Defendants.
15   _____/

16                 NOTICE (LOCAL RULE 78-230)

17       A hearing in this case is presently scheduled for July 18,

18   2005, at 10:00 a.m., on the Law and Motion Calendar of this court

19   pursuant to the defendant's motion to dismiss filed herein.  Due

20   to congestion on the court's calendar, the motion will be continued

21   until the next available law and motion calendar. Accordingly, the

22   hearing on the motion presently before the court is CONTINUED to

23   August 1, 2005, where it will be called on the court's regularly

24   ////

25   ////

26   ////

                                1

1   scheduled Law and Motion Calendar, beginning at 10:00 a.m.

2        IT IS SO ORDERED.

3        DATED: July 13, 2005

4                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

2