UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* BEVERLY ENGLUND,

        NO. CIV. S-04-282 LKK/JFM

    Plaintiffs,

  v.                          O R D E R

LOS ANGELES COUNTY, et al.,

    Defendants.
                             /

    Pending before the court are relator's motions to strike in the above-captioned case. The motions to strike are related to defendant's motion to dismiss filed on May 27, 2005. Given the court's August 30, 2005 order on defendant's motion to dismiss, however, the motions to strike are rendered MOOT.

    IT IS SO ORDERED.

    DATED: March 21, 2006.

                          /s/Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT