IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

      Plaintiff,                    No. CIV S-04-0282 LKK JFM

   vs.

LOS ANGELES COUNTY,

      Defendant.                 <u>ORDER</u>

_____/

        On March 29, 2006, plaintiff filed a notice of possible error in the court's order of February 21, 2006. Within ten days from the date of this order, counsel for third party California Medical Assistance Commission shall file a response to plaintiff's March 29, 2006 filing.

DATED: April 6, 2006.

UNITED STATES MAGISTRATE JUDGE

1; englund.fb

1