IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

    Plaintiff,

vs.

LOS ANGELES COUNTY,

    Defendant.

No. CIV S-04-0282 LKK JFM

ORDER

On April 7, 2006, plaintiff filed a notice that plaintiff and defendant had stipulated to continue the three motions to compel discovery, Docket Nos. 117, 118 and 119, presently set for hearing before the undersigned on April 13, 2006. Good cause appearing, hearing on these motions will be continued.

IT IS HEREBY ORDERED that plaintiff's three motions to compel are continued from April 13, 2006, to April 20, 2006 at 11:00 a.m. in Courtroom #25 before the undersigned.

DATED: April 10, 2006.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

1; englund.con