BRIAN TAUGHER, P.C.
Brian Taugher (State Bar No. 54671)
Wendy Motooka (State Bar No. 233589)
980 Ninth Street, 19th Floor
Sacramento, CA  95814
Telephone: (916) 447-9151
Facsimile: (916) 447-9161

Victor J. Haydel III (State Bar No. 38339)
Robert C. Holtzapple (State Bar No. 145954)
Jenny Teaford (State Bar No. 228635)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for *Qui Tam* Plaintiff
BEVERLY ENGLUND

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BEVERLY ENGLUND,<br><br>            Plaintiff,<br>    v.<br><br>LOS ANGELES COUNTY,<br><br>            Defendant. | Civil Action No.:  CIV S-04-282 LKK JFM<br><br>**STIPULATION BETWEEN PLAINTIFF BEVERLY ENGLUND AND CALIFORNIA MEDICAL ASSISTANCE COMMISSION CONCERNING TREATMENT OF DOCUMENTS PRODUCED IN RESPONSE TO PLAINTIFF'S SUBPOENA DUCES TECUM OF MAY 2** |

Pursuant to Federal Rule of Civil Procedure 26(c) and good cause appearing, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that all confidential rate information produced by the California Medical Assistance Commission

1

PDF created with pdfFactory trial version www.pdffactory.com

("CMAC") in response to Plaintiff's subpoena duces tecum issued on May 2 shall be subject to the Court's protective order of February 22, 2006. The confidential rate information sought by Plaintiff's May 2d subpoena duces tecum is of the same nature as the materials subject to the Court's protective order of February 22, and therefore should also be subject to that order.

Nothing in this Order shall bar amendment of this Order by stipulation of the parties and by Order of the Court.

**IT IS SO STIPULATED:**

DATED: May 22 , 2006.                               BRIAN TAUGHER, P.C.

                                                    By: /s/ Wendy Motooka
                                                        Wendy Motooka

                                                    Attorneys for Plaintiff
                                                    BEVERLY ENGLUND

DATED: May 19, 2006.                                STATE OF CALIFORNIA DEPARTMENT
                                                    OF JUSTICE


                                                    By: /s/ Brenda A. Ray
                                                        Brenda A. Ray

                                                    Attorneys for Third Party
                                                    CALIFORNIA MEDICAL ASSISTANCE
                                                    COMMISSION

WHEREFORE, pursuant to stipulation of the parties and good cause appearing therefor, it is hereby ordered that this stipulation governing the protection of confidential material set forth above becomes the Order of this Court and be imposed in this Action.

//

//

2

STIPULATION BETWEEN PLAINTIFF AND CMAC
United States ex rel. Englund v. Los Angeles County
Case No.  CIV S-04-282 LKK JFM

PDF created with pdfFactory trial version www.pdffactory.com

1
2     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3    DATED:  May 23, 2006.

4
5                                                   /s/ John F. Moulds
                                                 The Honorable John F. Moulds
6                                                United States Magistrate Judge

7

3

STIPULATION BETWEEN PLAINTIFF AND CMAC
United States ex rel. Englund v. Los Angeles County
Case No.  CIV S-04-282 LKK JFM

PDF created with pdfFactory trial version www.pdffactory.com