IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

      Plaintiff,                    No. CIV S-04-0282 LKK JFM

   vs.

LOS ANGELES COUNTY,

      Defendant.                ORDER

_____/

      Various motions to compel discovery came on regularly for hearing May 25, 2006.  Robert C. Holtzapple and Brian Taugher appeared for plaintiff.  Martha Boersch, Kevin Dorse and Billie D. Hausburg appeared for defendant.  Upon review of the motions and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, the court FINDS AS FOLLOWS:

      Initially the court notes that two motions were noticed for hearing on today's calendar but were not included in the joint statements filed pursuant to Local Rule 37-251: plaintiff's motion to compel requests for production, set no three (docket no. 133) and defendant's motion to compel further responses to interrogatories, set no. six (docket no. 138). Accordingly, the court will drop those motions from calendar.

1

1  With regard to defendant's motion to compel production of plaintiff's disclosure
2  statements, plaintiff shall submit the two statements with their exhibits for in camera review by
3  close of business tomorrow, Friday, May 26, 2006.

4  The parties' motion to extend the discovery cut-off is denied without prejudice.

5  Plaintiff's motion for sanctions is not well taken and will be denied.

6  Plaintiff's motions to compel further responses to requests for production, sets
7  one, four and five will be granted. Defendant shall produce all further documents and/or
8  electronic discovery responsive to these requests by close of business June 1, 2006. In addition,
9  defendant shall certify, in writing, that it has performed a diligent search, including of its
10 electronic files, to locate documents responsive to plaintiff's document requests. Said
11 certification shall also be filed by close of business June 1, 2006.

12 In accordance with the above, IT IS HEREBY ORDERED that:

13 1. Plaintiff's April 19, 2006 motion to compel responses to interrogatories, set
14 three (Docket No. 133) and defendant's motion to compel responses to first set of interrogatories,
15 six (Docket No. 138) are dropped from calendar. The Clerk of Court is directed to terminate
16 motions 133 and 138 from the court's docket.

17 2. Plaintiff's April 26, 2006 motion to compel responses to request for
18 production, set one (Docket No. 140), plaintiff's motion to compel responses to requests for
19 production, set four (Docket No. 135), and plaintiff's motion to compel responses to requests for
20 production, set five (Docket No. 132) are granted. Defendant shall complete a diligent search of
21 all documents subject to its control, including electronic documents, and shall produce all
22 documents responsive to these requests, including electronic documents, by the close of business
23 June 1, 2006.

24 3. By close of business June 1, 2006, defendant shall file its certification that it
25 has performed a diligent search, including of its electronic files, to locate documents responsive
26 to plaintiff's document requests.

1    4. The parties' motion to extend the discovery cut-off is denied without prejudice.

2    5. Plaintiff's motion for sanctions is denied.

3    6. By the close of business tomorrow, Friday, May 26, 2006 plaintiff shall submit complete copies of the two disclosure statements required by the False Claims Act to the court for *in camera* review.

DATED: May 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; englund.mtc2