IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

      Plaintiff,                    No. CIV S-04-0282 LKK JFM

      vs.

LOS ANGELES COUNTY,

      Defendant.                <u>ORDER</u>

_____/

      On June 2, 2006, counsel submitted a stipulation and proposed order. (Docket No. 179.) Good cause appearing, IT IS HEREBY SO ORDERED that the County's Motion for Protective Order is set for hearing on June 8, 2006, at 11:00 a.m. on the 8th Floor of the Sacramento Division of the above-entitled Court, located at 501 I Street, Sacramento, California, before the Honorable John F. Moulds. The County's May 31, 2006 Ex Parte Application is denied without prejudice in light of the June 2, 2006 stipulation. The parties may file the Joint Statement Re Discovery Disagreement Over Plaintiff's Fed. R. Civ. P. 30(b)(6) Deposition on June 7, 2006.

DATED: June 2, 2006.

                                                /s/ John F. Moulds
                                                UNITED STATES MAGISTRATE JUDGE

1; englund.depo