IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

      Plaintiff,                      No. CIV S-04-0282 LKK JFM

   vs.

LOS ANGELES COUNTY,

      Defendant.                   <u>ORDER</u>

_____/

        Defendant's motion for protective order came on regularly for hearing June 8, 2006. C. Brandon Wisoff and Wendy Motooka appeared for plaintiff. Martha Boersch and Billie Salinas appeared for defendant. Upon review of the motions and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, the court FINDS AS FOLLOWS:

        Defendant seeks a protective order barring the Fed. R. Civ. P. 30(b)(6) deposition of custodian of records and other officers, directors and managing agents of defendant Los Angeles County, presently noticed for June 17, 2006. Plaintiff is entitled to depose the custodian of records. Rule 30(b)(6) permits the deposition of the county as an entity and such depositions are routinely performed. Fed. R. Civ. P. 30(b)(6). Defendant is required to "designate one or

1

1  more officers, directors, or managing agents, or other persons who consent to testify on its
2  behalf. . . .  The persons so designated shall testify as to matters known or reasonably available to
3  the organization." Fed. R. Civ. P. 30(b)(6).  Defendant's objection that the noticed deposition(s)
4  would be oppressive, duplicative, or burdensome are overruled.  Defendant's motion for
5  protective order will be denied.
6           In accordance with the above, IT IS HEREBY ORDERED that defendant's
7  motion for protective order is denied.
8  DATED: June 8, 2006.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

001; englund.oah3