IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
ex rel. BEVERLY ENGLUND,

       Plaintiff,                      No. CIV S-04-0282 LKK JFM

       vs.

LOS ANGELES COUNTY,

       Defendant.                   <u>ORDER</u>

_____/

      By order filed May 26, 2006, plaintiff was directed to submit copies of the disclosure statements required by the False Claims Act to the undersigned for *in camera* review. Said documents were delivered to chambers on May 26, 2006. This court has performed an *in camera* review. Plaintiff's disclosure statement and supplemental disclosure statement are the result of attorney work product and are thus protected from production absent circumstances not demonstrated here. <u>United States ex rel. Bagley v. TRW, Inc.</u>, 212 F.R.D. 554, 559 (C.D. Cal. 2003). Accordingly, IT IS HEREBY ORDERED that defendant's motion to compel discovery of the disclosure statements is denied.

DATED: June 12, 2006.

UNITED STATES MAGISTRATE JUDGE

001; englund.mtc3