Elwood Lui (State Bar No. 45538)
Frederick L. McKnight (State Bar No. 55183)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Martha A. Boersch (State Bar No. 126569)
Peter E. Davids (State Bar No. 229339)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Raymond G. Fortner, Jr. (State Bar No. 42230)
*County Counsel*
Philip S. Miller (State Bar No. 40971)
*Assistant County Counsel*
500 West Temple Street, Suite 648
Los Angeles, CA  90012
Telephone:     (213) 974-1818
Facsimile:     (213) 680-2165

Attorneys for Defendant
LOS ANGELES COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES *ex rel*. BEVERLY ENGLUND,**<br><br>Plaintiff,<br><br>v.<br><br>**LOS ANGELES COUNTY,**<br><br>Defendant. | Case No. CIV S-04-00282 LKK/JFM<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS THREE, FOUR, AND SEVEN OF PLAINTIFF'S SECOND AMENDED COMPLAINT AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)] |

/ / /

/ / /

1  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  IT IS HEREBY STIPULATED by and between Defendant County of Los Angeles and

3  *qui tam* Plaintiff Beverly Englund, by and though their respective counsel of record, that the

4  Third, Fourth, and Seventh Claims for Relief of Plaintiff's Second Amended Complaint be

5  dismissed with prejudice to *qui tam* Plaintiff Beverly Englund, but without prejudice to the

6  Government to refile these or related claims at a later date.  This stipulation is made pursuant to

7  Federal Rule of Civil Procedure 41(a).

8  Dated: May  18 , 2006                    JONES DAY

10                                           By:   /S/  Martha Boersch
                                                    Martha Boersch

12                                           Attorneys for Defendant
                                             LOS ANGELES COUNTY

13  Dated: May  10 , 2006                   FARELLA BRAUN & MARTEL

15                                           By:   /S/  Robert C. Holtzapple
                                                    Robert C. Holtzapple

17                                           Attorneys for Plaintiff Beverly Englund

18  Dated: June  20 , 2006                  BRIAN TAUGHER, ESQ.

20                                           By:   /S/  Brian Taugher
                                                    Brian Taugher

21                                           Attorneys for Plaintiff Beverly Englund

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LAI-2239812v1

- 2 -

STIPULATED DISMISSAL OF CLAIMS
THREE, FOUR, AND SEVEN
CIV S-04-00282 LKK/JFM

## **ORDER**

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that the Third, Fourth, and Seventh Claims for Relief of Plaintiff's Second Amended Complaint be dismissed without prejudice to the Government to refile these or related claims at a later date.

Dated:  June 26, 2006.

_____
Lawrence K. Karlton, Senior Judge
U.S. District Court