UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* BEVERLY ENGLUND,

        NO. CIV. S-04-282 LKK/JFM

    Plaintiffs,

 v.                      O R D E R

LOS ANGELES COUNTY, et al.,

    Defendants.
                               /

    Due to congestion in the court's calendar, the hearing on the parties' three motions for summary judgment and one motion to dismiss, currently set for August 28, 2006, is hereby CONTINUED to September 25, 2006 at 10:00 a.m. in Courtroom 4.  Oppositions to the pending motions shall be filed no later than August 14, 2006. Reply briefs shall be filed no later than August 21, 2006.

    IT IS SO ORDERED.

    DATED: August 16, 2006.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT