Brian Taugher, P.C.
Brian Taugher (State Bar No. 054671)
Wendy Motooka (State Bar No. 233589)
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 447-9151

Victor J. Haydel, III (State Bar No. 038339)
Robert C. Holtzapple (State Bar No. 145954)
Jenny Teaford (State Bar No. 228635)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for *Qui Tam* Plaintiff
BEVERLY ENGLUND

<br>

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

<br>

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BEVERLY ENGLUND,<br><br>                Plaintiffs,<br><br>    vs.<br><br>LOS ANGELES COUNTY,<br><br>                Defendant. | Case No. 04-00282-LKK-JFM<br><br>**UNOPPOSED REQUEST TO CONTINUE HEARING DATE FROM SEPTEMBER 25, 2006 TO OCTOBER 23, 2006**<br><br>Date:     September 25, 2006<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 4, 15th Floor<br>Judge:   Hon. Lawrence K. Karlton |

WHEREAS, the Scheduling Order in this matter required that all motions be heard no later than August 30, 2006;

WHEREAS, on July 31, 2006, Plaintiff Beverley Englund ("Englund") filed two motions for summary adjudication (Docket Nos. 212 and 223) setting them for hearing on August 28, 2006;

WHEREAS, on July 31, 2006, Defendant Los Angeles County (the "County") filed a motion for summary judgment (Docket No. 198) and a motion to dismiss (Docket No. 192) setting both motions for hearing on August 28, 2006;

WHEREAS, the briefing on the motions filed by both Englund and the County is now complete;

WHEREAS, the Court has reset the hearing for all four motions to September 25, 2006;

1

2          WHEREAS, Robert C. Holtzapple, the attorney for Englund who was to argue both in

3   favor of Englund's motion for summary adjudication re:  purpose and in opposition to the

4   County's motion for summary judgment, will be in Peru on a prepaid, long planned vacation from

5   September 15 through and including September 25 and thus will not be able to attend the hearing

6   on September 25, 2006; and

7          WHEREAS, the County has agreed not to oppose Englund's request to continue the

8   hearing from September 25, 2006 so long as the hearing is reset for October 23, 2006.  (A copy of

9   the County's letter is attached as Exhibit A; as explained in that letter, October 23 is the only

10   Monday in October that the County is available.)

11          NOW, THEREFORE, Englund requests that the hearing for the four motions identified

12   above be reset to October 23, 2006.

13   DATED:  August 28, 2006                         FARELLA BRAUN & MARTEL LLP
                                                                      /s/  Robert C. Holtzapple

14

15                                                            By:_____
                                                                      Robert C. Holtzapple

16                                                            Counsel for Plaintiff
                                                                 BEVERLY ENGLUND

17

18          GOOD CAUSE APPEARING, IT IS SO ORDERED

19

20   DATED: September 1, 2006.

21

22                                                            LAWRENCE K. KARLTON
                                                                 SENIOR JUDGE
23                                                            UNITED STATES DISTRICT COURT

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY HAND DELIVERY**

I am a citizen of the United States and employed in San Francisco County, California.  I

am over the age of eighteen years and not a party to the within-entitled action.  My business

address is 235 Montgomery Street, 30th Floor, San Francisco, California  94104.  On August 28,

2006, I caused to be personally served:

UNOPPOSED REQUEST TO CONTINUE HEARING DATE FROM SEPTEMBER 25,

2006 TO OCTOBER 23, 2006; [PROPOSED] ORDER RE SAME

> by causing to be personally delivered the document(s) listed above to the person(s)
> at the address(es) set forth below:

Martha Boersch, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
**Attorneys for Defendant**
**COUNTY OF LOS ANGELES**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2006, at San Francisco, California.

                        _____/S/ Sharon M. Villalobos_____
                        Sharon M. Villalobos