UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* BEVERLY ENGLUND,

        NO. CIV. S-04-282 LKK/JFM

    Plaintiffs,

  v.                        O R D E R

LOS ANGELES COUNTY, et al.,

    Defendants.
_____/

    The court is in receipt of plaintiff's request to continue the pretrial conference currently set for December 4, 2006. The court hereby orders as follows:

    1.    The pretrial conference is CONTINUED to December 11, 2006 at 2:30 p.m.

    2.    The trial date, set for March 7, 2007 is not changed.

    3.    Plaintiff's pretrial statement as well as the joint pretrial statement shall be filed with the court no later than November 27, 2006 by 10 a.m.

    4.    Defendant's pretrial statement shall be filed with the court no later than December 4, 2006 by 10 a.m.

1    5.   All other instructions set forth in the scheduling order
2         remain the same.
3    IT IS SO ORDERED.
4    DATED: October 10, 2006.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT