UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
*ex rel.* BEVERLY ENGLUND,

                           NO. CIV. S-04-282 LKK/JFM

    Plaintiffs,

  v.                               O R D E R

LOS ANGELES COUNTY, et al.,

    Defendants.
                             /

    The court is in receipt of defense counsel's letter dated November 16, 2006. The letter identified a clerical mistake in the court's October 31, 2006 order. Accordingly, the court orders as follows:

    1.    The October 31, 2006 order, page 32, line 3 shall be AMENDED to read: "over many years of them presenting that information."

    IT IS SO ORDERED.

    DATED: November 28, 2006.

                                     /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT