Brian Taugher, P.C.
Brian Taugher (State Bar No. 54671)
Wendy Motooka (State Bar No. 233589)
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 447-9151

Victor J. Haydel, III (State Bar No. 038339)
Robert C. Holtzapple (State Bar No. 145954)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for *Qui Tam* Plaintiff
BEVERLY ENGLUND

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BEVERLY ENGLUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY,<br><br>    Defendant. | Case No. 04-00282-LKK-JFM<br><br>**AMENDED STIPULATED REQUEST TO CONTINUE DATE FOR PLAINTIFF'S OBJECTION TO COSTS; ORDER RE SAME**<br><br>Time:<br>Dept.:<br>Judge: Honorable Lawrence K. Karlton |

WHEREAS, by Order dated October 31, 2006, this Court granted Defendant Los Angeles County's Motion for Summary Judgment;

WHEREAS, Judgment was entered against Plaintiff Beverly Englund on October 31, 2006;

WHEREAS, on November 15, 2006, the County filed its Bill of Costs;

WHEREAS, Plaintiff intends to file Objections to the County's Bill of Costs;

WHEREAS, pursuant to Local Rule 54-292(c), Plaintiff's Objections to the County's Bill

AMENDED STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS     - 1 -     19463\1120507.1
Case No. 04-00282-LKK-JFM

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PDF created with pdfFactory trial version www.pdffactory.com

1  of Costs must be filed by November 30, 2006;

2      WHEREAS, Plaintiff has made a settlement proposal to Defendant which, if accepted,
3  would obviate the need for further litigation in this matter, including resolving Plaintiff's
4  anticipated Objections to the County's Bill of Costs;

5      WHEREAS, Defendant's counsel has indicated that it needs to discuss Plaintiff's
6  settlement proposal with the Los Angeles County Board of Supervisors and that Defendant needs
7  time to complete those discussions;

8      WHEREAS, if Defendant accepts Plaintiff's settlement proposal, both the parties and the
9  Court will be spared the expense and time of resolving Plaintiff's anticipated Objections to the
10 County's Bill of Costs;

11     NOW, THEREFORE, the parties request that the deadline for Plaintiff to file her
12 Objections to the County's Bill of Costs be extended through and including December 15, 2006.

14 DATED: November 28, 2006          FARELLA BRAUN & MARTEL LLP

16                                    By:     /s/ Robert C. Holtzapple
                                          Robert C. Holtzapple

18                                        Attorneys for Plaintiff
                                          BEVERLY ENGLUND

19 DATED:                              COUNTY OF LOS ANGELES

22                                    By:     /s/ Philip S. Miller (as authorized on 11/22/06)
                                          Philip S. Miller

23                                        Counsel for Defendant
24                                        LOS ANGELES COUNTY

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

AMENDED STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS       - 2 -                    19463\1120507.1
Case No. 04-00282-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

GOOD CAUSE APPEARING,

It is ordered that the deadline for Plaintiff to file any Objections to Defendant's Bill of Costs is extended to and including December 15, 2006.

DATED: November 28, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

AMENDED STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS
Case No. 04-00282-LKK-JFM

- 3 -

19463\1120507.1

PDF created with pdfFactory trial version www.pdffactory.com