Brian Taugher, P.C.
Brian Taugher (State Bar No. 54671)
Wendy Motooka (State Bar No. 233589)
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 447-9151

Victor J. Haydel, III (State Bar No. 038339)
Robert C. Holtzapple (State Bar No. 145954)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for *Qui Tam* Plaintiff
BEVERLY ENGLUND

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BEVERLY ENGLUND,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LOS ANGELES COUNTY,<br><br>　　　　　　Defendant. | Case No. 04-00282-LKK-JFM<br><br>**SECOND STIPULATED REQUEST TO CONTINUE DATE FOR PLAINTIFF'S OBJECTION TO COSTS; ORDER RE: SAME**<br><br>Date:<br>Time:<br>Dept.:<br>Judge: Honorable Lawrence K. Karlton |

　　　WHEREAS, Judgment was entered against Plaintiff Beverly Englund on October 31, 2006;

　　　WHEREAS, Plaintiff made a settlement proposal to Defendant which, if accepted, would obviate the need for further litigation in this matter;

　　　WHEREAS, Defendant's counsel was unable to discuss Plaintiff's settlement proposal with the Los Angeles County Board of Supervisors until December 12, 2006;

　　　WHEREAS, the Los Angeles County Board of Supervisors has agreed in principle to Plaintiff's Settlement Proposal;

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

SECOND STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS
Case No. 04-00282-LKK-JFM

- 1 -

19463\1134310. 119463\1134084.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties need time to document the agreement in principle (and have the
2  Los Angeles County Board of Supervisors approve the documentation of that agreement);
3  WHEREAS, on November 15, 2006, the County filed its Bill of Costs;
4  WHEREAS, if this matter is not settled, Plaintiff intends to file Objections to the County's
5  Bill of Costs;
6  WHEREAS, pursuant to a previous Stipulated Request for an Order, this Court extended
7  Plaintiff's time to file her objections to the County's Bill of Costs to and including December 15,
8  2006;
9  WHEREAS, once the agreement in principle has been documented, both the parties and
10 the Court will be spared the expense and time of resolving Plaintiff's anticipated Objections to the
11 County's Bill of Costs;
12 NOW, THEREFORE, the parties request that the deadline for Plaintiff to file her
13 Objections to the County's Bill of Costs be extended through and including January 15, 2007.

DATED: December 13, 2006        FARELLA BRAUN & MARTEL LLP


                                By:    /s/ Robert C. Holtzapple
                                    Robert C. Holtzapple

                                    Attorneys for Plaintiff
                                    BEVERLY ENGLUND

DATED: December 13, 2006        COUNTY OF LOS ANGELES


                                By:    /s/ Philip S. Miller (as authorized on 12/13/06)
                                    Philip S. Miller

                                    Counsel for Defendant
                                    LOS ANGELES COUNTY

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

SECOND STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS       - 2 -       19463\1134310. 119463\1134084.1
Case No. 04-00282-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

GOOD CAUSE APPEARING,

It is ordered that the deadline for Plaintiff to file any Objections to Defendant's Bill of Costs is extended to and including January 15, 2007.

DATED: December 15, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

SECOND STIPULATED REQUEST TO CONTINUE
DATE FOR PLAINTIFF'S OBJECTION TO COSTS       - 3 -       19463\1134310. 119463\1134084.1
Case No. 04-00282-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com